UNITED STATES DISTRICT COURT

WASHINGTON, D.C.

|   |   |
|---|---|
| LAWRENCE M. GREEN,<br>  Petitioner,<br><br>v.<br><br>United States District Court,<br>  Respondent. | United States District Court for the District of Columbia, Washington, D.C.<br>Court Docket No: 1420-68.<br>**MOTION FOR EXPUNGEMENT OF RECORDS.**<br>Court Docket No._____<br>Honorable Judge_____ |

### STATEMENT OF FACTS

I, Lawrence M. Green, was sentenced in this court on April 25, 1969, to a term of <u>YCA 5010-C 15 years, imposing sentencing Judge G.L. Hart, Jr.</u>

The following information is related to me filing for this **MOTION FOR EXSPONGEMENT OF RECORDS:**

Lawrence Mc Donald Green

DOB:

Place of Birth: Washington, D.C.

Social Security NO:

FBI No: 348 573 F

Fathers Name: Franklin Clifford Green (deceased).

Mothers Name: Claire Thomas Green.

### RELIEF SOUGHT

I, Lawrence M. Green, do hereby petition the court for the full and complete exspongement of these said mention records in the above case, and pray that this court will grant said **Motion** to this petitioner.

Submitted By:

*Lawrence M. Green* 12/9/05

Lawrence M. Green #244899
Santee - A-192
Evans C.I.
610 Highway 9 West
Bennettsville, S.C. 29512-2130

## CERTIFICATION OF SERVICE

I, Lawrence M. Green, do hereby certify that I have sent a **MOTION FOR EXPUNGEMENT OF RECORDS**, AND DONE SO BY PREPAID FIRST_CLASS U.S. Mail, at the Evans C.I., Postal Window, on the 9th day of December, 2005, and sent this to the following:

**TO:**
United States District Court - **Clerk Of Court**
U.S. Courthouse
3rd & Constitution Avenue., N.W.
Washington, D.C. 20001

                                      Submitted BY:

                                      Lawrence M. Green #244899
                                      Santee - A-192
                                      Evans CI
                                      610 Highway 9 West
                                      Bennettsville, SC 29512-2130

Sworn To Before Me This
9th day of
DECEMBER, 2005.

_____
Notary Public For S.C.

My Commission Expires:
08-06-2019:

Parole Form H-19
(Rev. May, 1976)



United States Department of Justice

United States Parole Commission

Washington, D. C. 20537

## Certificate Setting Aside Conviction

It having been made to appear to the United States Parole Commission, that _____ GREEN, Lawrence M. Reg. No. 33429-118 _____, a committed youth offender, has received the maximum benefits from the Youth Corrections Act, and it being the opinion of the United States Parole Commission that his discharge from this commitment would be compatible with the welfare of society, it has been ORDERED by the said United States Parole Commission, that said committed youth offender be UNCONDITIONALLY DISCHARGED.

In that such unconditional discharge is effective before the expiration of the maximum sentence heretofore imposed, it has been further ORDERED by said United States Parole Commission that his conviction be set aside pursuant to Section 5021, Title 18, U.S. Code, and this certificate is hereby issued pursuant to that Order.

*2-copies*

UNITED STATES PAROLE COMMISSION

_____
DAVID E. O'CONNOR
Post Release Analyst

July 22, 1977
_____
(Date)

Court Docket No. __1420-68__

U.S. District Court for the District of __Columbia__ at __Washington, D.C.__

FPI LC 5-76 51C 9420

## AFFIDAVIT OF TRUTH

I, Lawrence M. Green, do hereby swear under the penalty of law that I, am the person filing said **MOTION** herein and do so under said laws to date.

*Lawrence M. Green* 12/9/05
Lawrence M. Green #244899
Santee - A-192
Evans CI
610 Highway 9 West
Bennettsville, SC 29512-2130

Sworn To Before Me This
__9th__ day of
__December__, 2005.

*[signature]*
Notary Public For S.C.

My Commission Expires:
__08-06-2009__: