FILED

MAY 21 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Cr. No. 68-1420 (TFH) |
| ) | |
| LAWRENCE M. GREEN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pending before the Court is Green's "Motion for Expungement of Records" (ECF # 1). The Court **ORDERS** the government to file a response to the motion within sixty days of the date of this order. Green shall then have thirty days to file any reply.

**SO ORDERED.**

May 21, 2007

_____
Thomas F. Hogan
Chief Judge

Copies to:

United States Attorney's Office
Special Proceedings Section
Criminal Division
555 Fourth Street, NW
Washington, DC 20530