UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 68-1420 (FH) |
| | : | |
| v. | : | |
| | : | |
| LAWRENCE M. GREEN | : | |
| Defendant. | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Carolyn K. Kolben, Bar Number 391-156, telephone number (202) 6160852 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

\_\_/s/Carolyn K. Kolben_____
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY
Bar No. 391-156
555 4th Street, N.W., Room 10-441
Washington, DC 20530
(202) 6160852

CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant Notice of Appearance and Appearance has filed via the Electronic Case Filing System and that a copy has been mailed to Lawrence M. Green # 244899, Santee - A-192, Evans Correctional Institute, 610 Highway - 9 West, Bennettsville, South Carolina 29512-2130, this 13th day of July, 2007.

\_\_/s/Carolyn K. Kolben_____
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY