**/S/ Carolyn K. Kolben**