UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
        v.                   )    Crim. No.68-1420(TFH)
                             )
LAWRENCE M. GREEN,           )
        Defendant.           )

O R D E R

Upon consideration of defendant's motion to expunge his criminal record, and the United States' Opposition to defendant's motion, and it appearing that the defendant is not entitled to the relief sought,

It is hereby ORDERED that the defendant's motion to expunge his criminal record is hereby DENIED.

                                                CHIEF JUDGE THOMAS F.HOGAN
                                                UNITED STATES DISTRICT COURT
                                                FOR THE DISTRICT OF COLUMBIA

DATE:

Copies to:

Carolyn K. Kolben, Bar No. 391-156
Assistant United States Attorney
Room 10-441
555 4th Street N.W.
Washington, D.C. 20530
202-514-7280

Lawrence M. Green #244899
Santee-A-192
Evans C.I.
610 Highway 9 West
Bennettsville, S.C.  29512-2130