UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Lawrence M. Green,            )
    Defendant,               )
                              )
                              )    Crim. No. 68-1420 (TFH)
    v.                        )
                              )
United States of America.     )
_____

## AFFIDAVIT OF TRUTH

I, Lawrence M. Green, do hereby swear under oath that the contents of the legal document filed and titled **REPLY**, is truthful in nature to the very best of my knowledge and understanding at this time, and file this document with the United States District Court in and for the District of Columbia, Washington, D.C., and do so by the signing of my name hereto:

Submitted By:

*Lawrence M. Green* (signature)

Lawrence M. Green 244899
Santee - A-192 - Evans C.I.,
610 Highway 9 West
Bennetsville, South Carolina, 29512-2130

SWORN TO BEFORE ME THIS
27th DAY OF July, 2007,

(signature) _Oscar W Bender_
NOTARY PUBLIC, MY COMMISSION
EXPIRES  08-06-2009

SEAL

**FILED**
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 68-1420 · TFH
Attachments

Parole Form H-19
(Rev. May, 1976)



## United States Department of Justice
### United States Parole Commission
### Washington, D. C. 20537

## Certificate Setting Aside Conviction

It having been made to appear to the United States Parole Commission, that _____ GREEN, Lawrence M. Reg. No. 33429-118_____, a committed youth offender, has received the maximum benefits from the Youth Corrections Act, and it being the opinion of the United States Parole Commission that his discharge from this commitment would be compatible with the welfare of society, it has been ORDERED by the said United States Parole Commission, that said committed youth offender be UNCONDITIONALLY DISCHARGED.

In that such unconditional discharge is effective before the expiration of the maximum sentence heretofore imposed, it has been further ORDERED by said United States Parole Commission that his conviction be set aside pursuant to Section 5021, Title 18, U.S. Code, and this certificate is hereby issued pursuant to that Order.

UNITED STATES PAROLE COMMISSION

_____
DAVID E. O'CONNOR
Post Release Analyst

July 22, 1977
_____
(Date)

Court Docket No. ___1420-68_____
                    District of
U.S. District Court for the ___Columbia_____ at ___Washington, D.C.___

FPI LC 5-76 51C 9420



# Florida Department of Law Enforcement

**Guy M. Tunnell, Commissioner**

Jeb Bush, Governor
Charlie Crist, Attorney General
Tom Gallagher, Chief Financial Officer
Charles H. Bronson, Commissioner of Agriculture

April 12, 2006

Lawrence McDonald Green, 244899
Evans Correctional Institution
Santee-A-192
610 Highway 9 West
Bennettsville, SC 29512-2130

Re: Public Records Request, DNA Databank Records

Dear Mr. Green:

This letter acknowledges receipt of your letter requesting a copy of your DNA records.

Please be advised that the records you have requested are exempt from public disclosure pursuant to section 943.325(7), Florida Statutes, as set forth below.

"The results of a DNA analysis and the comparison of analytic results shall be released only to criminal justice agencies as defined in s. 943.045(10), at the request of the agency. Otherwise, such information is confidential and exempt from the provisions of s. 119.07(1) and s. 24(a), Art. I of the State Constitution."

Our file on this matter will be closed.

Sincerely,

James D. Martin
Assistant General Counsel

"A"

*Committed to*
*Service • Integrity • Respect • Quality*

**Office of General Counsel**
Post Office Box 1489, Tallahassee, Florida 32302-1489 • (850) 410-7676
www.fdle.state.fl.us

School Minority Sentence of three years and seven days (August 1965 to August 16, 1968). Institutional records reflect an initial marginal adjustment composed of numerous disciplinary reports for disrespect, refusal to follow instructions, attempted escape, fighting and creating confusion. The subject's adjustment subsequently improved. On December 17, 1966, Lawrence Green was transferred to the Prerelease Guidance Center. He was paroled on January 18, 1967.

Adult Criminal Convictions

| | Date of Arrest | Conviction/Court | Date Sentence Imposed/Disposition | Guideline/ Points |
|---|---|---|---|---|
| 84. | 6/14/68 (age 20) | Superior Court, District of Columbia (#1420-68) | 4/25/69: 180 days to 15 years imprisonment pursuant to the Youth Corrections Act | 4A1.2(e) 0 |

The defendant was represented by an attorney. Circumstances are not available. On June 14, 1971, the subject was paroled to the Eastern District of Pennsylvania. On June 25, 1973, parole supervision was transferred to the District of Maryland. On July 29, 1977, the conviction was set aside and the defendant was unconditionally discharged.

| | | | | |
|---|---|---|---|---|
| 85. | 9/30/68 (age 21) | **Carrying a Gun/** Superior Court, District of Columbia | 12/6/68: 360 days imprisonment; suspended, 1 year probation | 4A1.2(e) 0 |

The defendant was represented by an attorney. Circumstances are not available. On January 23, 1969, the subject's probation was revoked for violation of technical conditions, and he was sentenced to six months imprisonment.

| | | | | |
|---|---|---|---|---|
| 86. | 1/10/76 (age 28) | **Possession of a Knife/** District Court, Montgomery County, MD | 6/9/76: suspended sentence | 4A1.2(e) 0 |

The defendant was represented by an attorney.

14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE M. GREEN, )<br>　　DEFENDANT, )<br>　　　　　　　　　　)<br>V. 　　　　　　　　)<br>UNITED STATES OF AMERICA) | Crim. No. 68-1420 (TFH) |

### ORDER

Upon consideration of defendant's motion to expunge his record, and the United States' Opposition to defendant's motion, and the filing of the **REPLY** to the United States Opposition, the defendant is entitled to the relief sought.

It is hereby **ORDERED** that the defendant's motion and reply to expunge his criminal record under the YCA is hereby **GRANTED**.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHIEF JUDGE THOMAS F. HOGAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　FOR THE DISTRICT OF COLUMBIA

**DATE:**

Copies to Lawrence M. Green, 244899
Santee-A-192 - Evans C.I.
610 Hwy., 9 West
Bennettsville, SC  29512-2130

Carolyn K. Kolben, Bar No. 391-156
Assistant U.S. Attorney - Room 10-441
555 4th Street, N.W.
Washington, D.C., 20530